# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL ELLIOT LONGANECKER, JR.,<br><br>Defendant. | No. 1:14-CR-2003-FVS<br><br>ORDER GRANTING MOTION TO MODIFY AND AMENDING ORDER SETTING CONDITIONS OF RELEASE |

IT IS HEREBY ORDERED:

1. Defendant's Motion to Expedite (ECF No. 54) and Motion to Modify Conditions of Release (ECF No. 51) are **GRANTED**.

2. The court's Order Setting Conditions of Release (ECF No. 12), Condition # 18 is modified to read as follows:

(18)    Defendant may not be in the presence of minors, except as stated herein, nor frequent places where minors are likely to congregate, including but not limited to schools and playgrounds.  Defendant may have "line of sight" supervised contact with his son and newborn child as long as the supervisor is approved by U.S. Probation.

DATED September 4, 2014.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 1