FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2018

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Carl Elliot Longanecker | Case Number: 0980 1:14CR02003-FVS-1 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: November 18, 2014 | Type of Supervision: Supervised release |
| Original Offense: Receipt of Child Pornography, 18 U.S.C. § 2252A(1)(2)(A) | Date Supervision to Commenced: May 13, 2018 |
| Original Sentence: Prison - 60 Months; TSR - 60 Months | Date Supervision Expires: May 12, 2023 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21    You may not be in the presence of minors, except as stated herein, nor frequent places where minors are likely to congregate, including but not limited to schools and playgrounds. Defendant may have supervised contact with his children as long as the supervisor is approved by U.S. Probation.

## CAUSE

Carl Elliot Longanecker, Jr. arrived at the Residential Reentry Center (RRC) on January 11, 2018. He hopes to be placed on the Bureau of Prison (BOP) home electronic program within the next 30 to 60 days. He will complete his term of incarceration on May 13, 2018, at which time he will begin his 5-year term of supervised release.

Mr. Longanecker entered into and successfully completed the Bureau of Prison Sex Offender program, which has given him an insight and an improved coping base to address old sexualized behaviors. He has developed a safety plan to avoid inappropriate actions in the future. He was also a featured class peer speaker in the Sex Offender Treatment Program (SOTP), discussing and presenting on striving toward a better way of life and sharing the philosophy and goals of "No More Victims," "No More Secrets." As part of his treatment, the offender's wife, Gena, advised they have had many open and "frank" discussions about his past actions and behaviors and ways she can recognize potential risks factors that could lead to further inappropriate activities. The offender's children are now 12 and 3 years of age respectfully. Gena has also agreed to complete and pay for the sex offender chaperone training to continue to improve her understanding of the offender's sexual offense and how she can support her husband and protect her children.

Mr. Longanecker completed the 500 hours Residential Drug and Alcohol Program (RDAP) and obtained his GED.

Base on Mr. Longanecker's completion of the SOTP, his commitment to entering and completing multiple programs while in custody, and the support of his family, this officer respectfully requests the Court remove the following sentence from condition number 21, "Defendant may have 'line of sight' supervised contact with his son and newborn child as long as the supervisor is approved by the U.S. Probation Office."

|  | Respectfully submitted, |
|---|---|
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Probation Officer<br>Date: January 25, 2018 |

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[x] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

January 25, 2018
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21  You may not be in the presence of minors, except as stated herein, nor frequent places where minors are likely to congregate, including but not limited to schools and playgrounds. Defendant may have contact with his children as approved by the U. S. Probation.

Witness: CHRIS HEIMEN FOR USPO Krous.  Signed: _____
Stephen Krous                               Carl Elliot Longanecker
U.S. Probation Officer                      Probationer or Supervised Releasee

1-24-18
Date